# WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | |
|---|---|
| Main Case No:    **17-32826-H4-13** | Name of Debtor:  **DAVID WAYNE PIPER** |
| Adversary No: | Style of Adversary: |
| | |
| Witnesses:      David Wayne Piper | |
| Herman Torres | Judge:              Jeff Bohm |
| David G. Peake | Courtroom Deputy: |
| | Hearing Date:      August 8, 2017 |
| | Hearing Time:      10:00 AM |
| | Party's Name:      GL & L Holdings, LLC |
| | Attorney's Name:    Paul R. Lawrence |
| | Attorney's Phone:    (713) 864-8000 |
| | Nature of Proceeding: |
| | Motion for Relief from Stay on |
| | 810 Martin St., Houston, Texas 77018 |

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Promissory Note executed July 10, 2013 | | | | |
| 2 | Deed of Trust and Security Agreement executed July 10, 2013 | | | | |
| 3 | Business Purpose Affidavit of David W. Piper executed July 10, 2013 | | | | |
| 4 | Uniform Plan and Motion for Valuation of Collateral (Doc. #38) Southern District of Texas Bankruptcy Case No. 17-32826-H1-13 | | | | |

| 5 | Trustee Pay Schedules,  July 31, 2016 Bankruptcy Case No. 17-32826-H1-13<br><br>*Payments made by Debtor, $0.00 Plan delinquent $8,548.60* | | | |
|---|---|---|---|---|
| 6 | Pacer Docket<br><br>SD of TX Bankruptcy Case No. 16-32936-H1-13, Sharon Piper | | | |
| 7 | Petition with Schedule D (Doc #1)<br><br>SD of TX Bankruptcy Case No. 16-32936-H1-13, Sharon Piper | | | |
| 8 | Order of Dismissal (Doc #11)<br><br>SD of TX Bankruptcy Case No. 16-32936-H1-13, Sharon Piper | | | |
| 9 | Pacer Docket<br><br>SD of TX Bankruptcy Case No. 16-34394-H1-13, Sharon Piper | | | |
| 10 | Petition with Schedule D (Doc #1)<br><br>SD of TX Bankruptcy Case No. 16-34394-H1-13, Sharon Piper | | | |
| 11 | Order of Dismissal (Doc #11)<br><br>SD of TX Bankruptcy Case No. 16-32936-H1-13, Sharon Piper | | | |
| 12 | Pacer Docket<br><br>SD of TX Bankruptcy Case No. 16-36161-H1-13, Sharon Lynn Piper | | | |
| 13 | Petition (Doc #1)<br><br>SD of TX Bankruptcy Case No. 16-36161-H1-13, Sharon Lynn Piper | | | |
| 14 | Order of Dismissal (Doc #10)<br><br>SD of TX Bankruptcy Case No. 16-36161-H1-13, Sharon Lynn Piper | | | |

NOTE: This exhibit list is to be prepared in advance of the date of trial by counsel to parties and furnished to the court in triplicate and served on the opposing parties.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument has been served upon the parties listed below, including Pro Se' Debtor, Chapter 13 Trustee, and U.S. Trustee by electronic filing or first class United States Mail, postage prepaid, on <u>July 2, 2017</u>.

RESPECTFULLY SUBMITTED:

LAWRENCE LAW FIRM

<u>/s/</u> *Paul R. Lawrence*
Paul R. Lawrence
State Bar No. 12050000
Attorney for GL & L Holdings, LLC
2180 North Loop West, Suite 510
Houston, Texas  77018-8002
(713) 864-8000
(713) 864-0179 facsimile
<u>PRLawrence@LBandD.com</u>

<u>Parties Served</u>:

      David Wayne Piper
      Pro Se' Debtor
      810 Martin St.
      Houston, Texas 77018

      David G. Peake
      Chapter 13 Trustee
      9660 Hillcroft, Suite 430
      Houston, Texas 77096-3856