

ENTERED
09/25/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-32826-H4-13 |
| DAVID WAYNE PIPER, | § | CHAPTER 13 |
| DEBTORS | § | |
| GL & L HOLDINGS, LLC, | § | |
| MOVANT | § | |
| VS. | § | |
| DAVID WAYNE PIPER, DEBTOR, AND DAVID G. PEAKE, TRUSTEE | § | |
| RESPONDENTS | § | |

ORDER GRANTING GL & L HOLDINGS, LLC'S
MOTION FOR RELIEF FROM THE STAY REGARDING EXEMPT PROPERTY (Doc. #31)
WITH IN REM RELIEF FOR 180 DAYS
(810 Martin St., Houston, Texas 77018)
(31)



ON THIS DAY came before the Court the Motion for Relief from Stay of GL & L HOLDINGS, LLC, Movant. Movant appeared by and through counsel and Debtor appeared in person, representing himself pro se. After admitting exhibits, hearing testimony and oral arguments of parties, the Court finds that it has jurisdiction over the parties and subject matter, proper notice was given in accordance with L. R. 4001.

At the conclusion of the hearing, after receiving evidence and arguments, the court announced from the bench all Findings of Fact and Conclusions of Law;

IT IS FURTHER ORDERED that the Court's Findings of Fact and Conclusions of Law Regarding GL & L Holdings, LLC's Motion for Relief from the Stay (DOC. #31) are incorporated in

*[handwritten initials in margin]*

this Order ~~grant~~ *granting* GL & L HOLDINGS, LLC's Motion as if copied in haec verba. Further, to the extent that ~~a~~ *any* finding of fact constitutes a conclusion of law, or a conclusion of law constitutes a finding of fact, such is, or, are approved by the Court.

IT IS THEREFORE ORDERED that the Automatic Stay of 11 U.S.C. §362 is terminated as to the property:

> THE SOUTH ½ OF TRACT 45 OF LOWELL ACRES, AN ADDITION IN HARRIS COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 655, PAGE 426 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS; THE PROPERTY MORE COMMONLY KNOWN AS <u>810 MARTIN ST., HOUSTON, TEXAS 77018.</u>

to allow Movant GL & L HOLDINGS, LLC, its assignees and/or successors in interest, to exercise and enforce its rights and pursue all statutory and contractual remedies to enforce its rights, foreclose its interest, and gain possession of the property.

IT IS FURTHER ORDERED that the Court specifically finds that Debtor DAVID WAYNE PIPER and his non-filing spouse, SHARON LYNN PIPER, engaged in extreme bad faith and for cause the Court grants the relief requested.

Further Debtor DAVID WAYNE PIPER and non-filing spouse, SHARON LYNN PIPER, are prohibited from further filing or aiding in filing any bankruptcy proceeding for 180 days.

IT IS FURTHER ORDERED that GL & L HOLDINGS, LLC is granted In Rem Relief for a period of 180 days after entry of an Order of Dismissal of this case by the Court. During the 180-day period, no bankruptcy filing by Debtor DAVID WAYNE PIPER, his spouse, SHARON LYNN PIPER, or any other party claiming an interest in the subject property, shall act to operate as a Stay or injunction prohibiting Movant from proceeding with all its state law remedies including foreclosure with respect to the subject property.

IT IS FURTHER ORDERED that the delay imposed by Rule 4001(a)(3) is not applicable

to this Order.

Signed: 9/22/2017

Jeff Bohm
United States Bankruptcy Judge


APPROVED AS TO FORM AND SUBSTANCE:

LAWRENCE LAW FIRM


/s/ *Paul R. Lawrence*
Paul R. Lawrence
State Bar No. 12050000
Attorney in Charge for Movant
2180 North Loop West, Suite 510
Houston, Texas 77018-8002
(713) 864-8000
(713) 864-0179 facsimile
*PRLawrence@LBandD.com*

Movant has complied with L. R. 4001 in all respects. *prl*