ENTERED
09/25/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re: §
David Wayne Piper § CASE NO.   17-32826-H4-13
Debtor § Chapter 13

**ORDER DISMISSING CASE WITH PREJUDICE**
(Relates to docket no. 27)

Came on for consideration the Trustee's Motion to Dismiss (docket no. 27). After extensive hearings on the Trustee's Motion to Dismiss and the Motion for Relief from Stay filed by GL&L Holdings, LLC (docket no. 31), the Court orally announced its findings of fact and conclusions of law which are incorporated herein by reference. Accordingly, it is:

ORDERED that due to the extreme bad faith of the Debtor, David Wayne Piper, and his wife Sharon Piper, in this case and multiple prior cases, this case is dismissed with prejudice for a period of 180 days. It is further

ORDERED that if either David Wayne Piper or Sharon Piper file another bankruptcy case anywhere in the United States within 180 days after the entry of this order, they will be in contempt of court and will be subject to appropriate sanctions.

Signed the 22nd day of Sept., 2017.

Jeff Bohm, U.S. Bankruptcy Judge